FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 09, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-CR-00003-TOR-1 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| CAMERON NICHOLAS ROSS, | **MOTION GRANTED** (ECF No. 27) |
| Defendant. | |

Pending before the Court at **ECF No. 27** is Defendant CAMERON NICHOLAS ROSS' Unopposed Motion to Modify Conditions of Pretrial Release, specifically, that Condition No. 18 be modified, which requires him to participate in GPS monitoring.

Specifically, Defendant moves to modify Condition No. 18, requiring him to participate in GPS monitoring. Defendant claims further GPS monitoring is unnecessary to reasonably assure his appearance at court proceedings and asserts that the GPS monitoring condition will negatively impact his current employment. The United States and U.S. Probation do not object to the proposed modification.

The Court finding good cause, **IT IS ORDERED** Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 27**, is **GRANTED**.

ORDER - 1

1    1.    The GPS monitoring condition imposed at ECF No. 20; Condition

No. 18 shall be removed.

2.    All other terms and conditions of pretrial release not inconsistent

herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED May 9, 2024.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2