✎ PS 8
(3/15)
Case 2:24-cr-00003-TOR    ECF No. 43    filed 10/03/24    PageID.100    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 03, 2024
SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Ross, Cameron Nicholas | Docket No. | 0980 2:24CR00003-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Cameron Nicholas Ross, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 30th day of January 2024 under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #16: Prohibited Substance Testing: If urinalysis testing is not done through a treatment program, random controlled substance testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month and up to two (2) sweat patches may be utilized.** Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the defendant using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, remote alcohol testing system, and/or any form of prohibited substance screening or testing.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 31, 2024, the conditions of pretrial release were reviewed with Mr. Ross. He acknowledged an understanding of his conditions, which included special condition number 16 and standard condition number 9.

**Violation # 1:** It is alleged that Mr. Ross violated the conditions of his pretrial release by using cocaine on or about September 29, 2024.

**Supporting Evidence:** On October 2, 2024, Mr. Ross reported to the U.S. Probation Office after his change of plea hearing. He provided a urinalysis that tested presumptive positive for cocaine and he denied using this substance to a U.S. probation officer. The urinalysis specimen was thus sent for further testing and confirmation. Upon departing the U.S. Probation Office, Mr. Ross contacted the undersigned via his cell phone and readily admitted that he made a mistake and used cocaine on or about September 29, 2024.

PS-8

**Re: Ross,, Cameron Nicholas**
**October 3, 2024**
**Page 2**

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:     October 3, 2024

by     s/Jonathan C. Bot

Jonathan C. Bot
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge

October 3, 2024

Date